Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

USPS FIRST-CLASS MAIL®
US POSTAGE IMI
$3.79
SSK
FC1
06/02/24  Mailed from 85234  02M23108787
10.60 oz
RDC 99

SHIP TO:
PHOENIX AZ 85003

(420) 85003

United States District Court District of Arizona -
Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

RECEIVED

JUN 05 2024

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA