Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>vs.<br><br>Subscriber(s) associated with (602)898-8725,<br><br>Defendants | Case No.:<br><br>[PROPOSED] ORDER<br><br>DEMAND FOR JURY TRIAL |

### [PROPOSED] ORDER ON MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Serve A Third-Party Subpoena Prior to a Rule 26(f) Conference (the "Motion"), and the Court being duly advised in the premises does hereby **FIND, ORDER AND ADJUDGE:**

1. Plaintiff established that "good cause" exists for him to serve a third-party subpoena on Onvoy, Inc, and any downstream telephone providers it identifies.

COMPLAINT- 1

2. Plaintiff, may serve Onvoy, Inc, a Rule 45 subpoena commanding them to provide Plaintiff with the true name, address, contact telephone number, website, and e-mail address for the subscriber(s) to the telephone numbers (602)898-8725.

3. The Clerk of the Court shall issue Plaintiff's subpoenas as proposed.

4. Plaintiff may use the information disclosed in response to these subpoenas for the purpose of enforcing his TCPA claims, as more fully set forth in his complaint.

DONE AND ORDERED this ___ day of _____, 202___.

By: _____

Hon. _____, U.S. District Judge

COMPLAINT- 2