Name: Jason Crews
Address: 1515 N Gilbert Rd, 107-204
Gilbert, AZ 85210

Telephone: (602)295-1875

```
                    FILED _____ LODGED
                    RECEIVED _____ COPY

                         JUN 0 5 2024

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jason Crews

    Plaintiff,

vs.

Persons associated with (602)898-8725

    Defendant.

Case No. **CV24-01342-PHX-MTL**

MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION

I, Jason Crews, declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A.  Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

_____
_____
_____
_____
_____

B.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

   Yes  [✓]     No  [ ]

C.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

   Yes  [✓]     No  [ ]

D.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

   Yes  [✓]     No  [ ]

E.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

   Yes  [✓]     No  [ ]

F.  Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

   Yes  [✓]     No  [ ]

DATED this 10 day of June, 2024

_____
Your signature in ink

Jason Crews
_____
Your name typed or printed

1515 N Gilbert Rd 107-204
_____
Gilbert, AZ 85210
_____
Address

(602)295-1875
_____
Telephone Number