UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-01342-KML |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Subscriber(s) associated with (602)898-8725, | |
| Defendants | |
| | DEMAND FOR JURY TRIAL |

**THIS CAUSE** came before the Court upon Plaintiff's *Ex Parte* Motion to Extend the Deadline to Serve Defendants**,** and the Court being duly advised in the premises does hereby **FIND, ORDER, AND ADJUDGE:**

1. Plaintiff established that "good cause" exists for to Extend the Deadline to Serve Defendants.

2. Plaintiff's deadline to serve Defendants is extended to December 6, 2024.

COMPLAINT- 1

DONE AND ORDERED this ___ day of _____, 202___.

By: _____

Hon. _____, U.S. District Judge

COMPLAINT- 2