# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unknown Party,<br><br>　　　　　Defendant. | NO. CV-24-01342-PHX-KML<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 26, 2024, judgment of dismissal is entered, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 26, 2024

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk