Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:24-cv-01342-KML |
|---|---|
| Plaintiff, | |
| vs. | [Proposed] Order |
| Subscriber(s) associated with (602)898-8725, | |
| Defendants. | DEMAND FOR JURY TRIAL |

  The Court has considered Plaintiff's Motion to File Plaintiff's Second Amended compliant.

Good cause showing,

  IT IS ORDERED granting Plaintiff's Motion to reopen this matter;

  IT IS ORDERED the Clerk of the Court shall restore it to this Court's docket;

  IT IS ORDERED granting Plaintiff's Motion to grant leave to file his first amended complaint;

  IT IS ORDERED Plaintiff shall have 90 days to effectuate service on all Defendants.

RESPECTFULLY SUBMITTED on this October 7, 2024.

COMPLAINT- 1

|  |  |
|---|---|
| 1 | _/s/Jason Crews_ |
| 2 | Jason Crews |

COMPLAINT- 2