AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-cv-01342-KML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Direct Health Solutions Insurance Agency, LLC**
was recieved by me on **10/20/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Sandra Chreim**, who is designated by law to accept service of process on behalf of **Direct Health Solutions Insurance Agency, LLC** at **5010 NW 57 Terrace, Coral Springs, FL 33067** on **10/24/2024 at 5:20 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/24/2024

*Server's signature*

**Danielle Morales-Herron**
*Printed name and title*

**6971 sw 5th st
Pembroke Pines, FL 33023**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Sandra Chreim, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0146928614**