IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JASON CREWS,<br><br>            Plaintiff,<br><br>v.<br><br>DIRECT HEALTH SOLUTIONS INSURANCE AGENCY, LLC and ADROIT HEALTH GROUP LLC,<br><br>            Defendants. | Case No. 2:24-cv-01342-KML |

## NOTICE OF SETTLEMENT

Please be advised that Plaintiff, Jason Crews, and Defendants, Direct Health Solutions Insurance Agency, LLC ("DHSIA") and Adroit Health Group LLC ("AHG") have reached a resolution of this matter.

Plaintiff thereby requests that all deadlines be removed from the calendar and that the case be kept open administratively for 60 days to allow the Parties time to finalize and consummate the settlement.

Dated: November 14, 2024                                    Respectfully submitted,

                                                                                        /s/Jason Crews