# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-01342-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The Court having been notified that this matter has settled as to all parties,

**IT IS ORDERED** the Clerk of Court shall enter a judgment of dismissal with prejudice without further notice on **January 14, 2025**, unless prior thereto a Stipulation to Dismiss, along with a form of order, or request for reinstatement on the Court's trial calendar is filed herein.

Dated this 15th day of November, 2024.

Honorable Krissa M. Lanham
United States District Judge