Jason Crews
1515 N. Gilbert Rd. 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-01342-KML |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Direct Health Solutions Insurance Agency, LLC, *et al.* | |
| Defendant(s) | |

   With Defendants Direct Health Solutions Insurance Agency, LLC and Adroit Health Group, LLC, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41, hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.

///

1

Dated this December 14, 2024.

/s/ *Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court
electronically via CM/ECF this same date.

By:              /s/ *Jason Crews*

Jason Crews